■ Robert E. Nicely, Respondent, v Niagara County Board of Elections, Respondent, and Robert K. Duerr, Appellant.—Order unanimously affirmed, without costs (see, Matter of Donnelly v Dowd, 12 NY2d 651). (Appeal from order of Supreme Court, Niagara County, Mintz, J.—Election Law.) Present—Doerr, J. P., Denman, Boomer, O'Donnell and Schnepp, JJ. (Decision entered Aug. 21, 1985.)